No. 13,689.

S. HERNSHEIM BROS. & CO., LTD., VS. BOARD OF ASSESSORS ET ALS.

### SYLLABUS.

1. An appeal will not be dismissed, under C. P. 897, for failure of the appellant to file an assignment of errors, where the transcript is duly certified as containing all the testimony adduced, and the grounds for reversal relied on are apparent upon the face of the record.
2. The exemption accorded to manufacturers, under Article 207 of the Constitution of 1879, as extended by the amendment proposed by the joint resolution No. 92 of 1886, became operative upon the adoption of that Constitution prior to January 1st, 1880, and continued in force for twenty years.
3. If any tax-payer, entitled to such exemption, paid the tax of 1880, he has a claim for reimbursement, but such payment does not authorize the extension of the period of the exemption, as fixed by the Constitution.

APPEAL from the Civil District Court, Parish of Orleans—*St. Paul, J.*

---

*Dinkelspiel & Hart, (Edward Dinkelspiel* of counsel), for Plaintiff, Appellee.

---

*Francis C. Zacharie,* for State Tax Collector, Defendant, Appellant.

---

*Edward K. Skinner,* for Board of Assessors, Defendants, Appellees.

---

The opinion of the court was delivered by

MONROE, J. The facts and the law of this case are the same as in the case of Havana American Co. vs. Board of Assessors *et al.,* this day decided.

For the reasons assigned in that case, therefore, it is ordered, adjudged and decreed that the judgment appealed from herein be an-

nulled, avoided, and reversed, and that the demand of the plaintiff be rejected at its cost in both courts.

Rehearing refused.

PROVOSTY, J., takes no part, this case having been submitted prior to his taking his seat on this bench.